IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 16-86 |
| | ) |
| DEXTER BRANDENBURG, III, | ) REDACTED |
| | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

From on or about November 7, 2015, through on or about December 5, 2015, in the State and District of Delaware, the defendant, DEXTER BRANDENBURG, III, did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that was mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

### Count Two

From on or about May 26, 2007, through on or about May 19, 2016, in the State and District of Maryland and the State and District of Delaware, the defendant, DEXTER BRANDENBURG, III, did knowingly possess and access with intent to view material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any

means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

### Count Three

From on or about May 26, 2007, through on or about July 20, 2013, in the State and District of Maryland and the State and District of Delaware, the defendant, DEXTER BRANDENBURG, III, did, and attempted to, employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing any visual depiction of such conduct, which visual depiction was transported in and affecting interstate and foreign commerce and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a).

### Forfeiture Count

Upon conviction for violating Title 18, United States Code, Sections 2251 and 2252A, as set forth in Counts One through Three, the defendant, DEXTER BRANDENBURG, III shall forfeit to the United States any and all matter that contains visual depictions of child pornography or visual depictions that are or appear to be of minors engaged in sexually explicit conduct, that are produced, transported, shipped, received or possessed in violation thereof; any property constituting or derived from any proceeds DEXTER BRANDENBURG, III obtained directly or indirectly as a result of the aforementioned violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

1. HP Z Book Laptop;

2. HP Elitebook 8560w Laptop;

3. Seagate Model ST1000DM003 Hard Drive;

4. Seagate Model ST3500413AS Barracuda Hard Drive;

5. Hitachi 3 ½ inch Sata Hard Drive.

pursuant to Title 18, United States Code, Section and 2253.

A TRUE BILL:

_____
Foreperson

CHARLES M. OBERLY, III
UNITED STATES ATTORNEY

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: November 10, 2016