IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 16- 86 |
| | ) | |
| DEXTER BRANDENBURG, III, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, DEXTER BRANDENBURG, III, pursuant to the Indictment returned against him on November 10, 2016.

CHARLES M. OBERLY, III
United States Attorney

BY: _____
Shawn A. Weede
Assistant United States Attorney

Dated:   November 10, 2016

**AND NOW**, this 10th day of November, 2016, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of DEXTER BRANDENBURG, III.

_____
The Honorable Sherry R. Fallon
United States Magistrate Judge