## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 16-86-LPS |
| DEXTER BRANDENBURG, III, | ) ) ) |
| Defendant. | ) ) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Shawn A. Weede and Graham L. Robinson, Assistant United States Attorneys for the District of Delaware, and hereby submits the following:

1. The defendant has pleaded guilty to Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1).

2. Sentencing is currently scheduled for June 29, 2018.

3. The government submits that additional time is necessary in order to obtain information relevant to restitution, pursuant to 18 U.S.C. § 2259(a). In particular, the government is still in the process of identifying and contacting the child victims in this case in order to determine a proposed restitution amount. The government expects that this process will take approximately 60 more days.

4. For this reason, the government respectfully requests that the sentencing hearing be continued for approximately 60 days. The government has consulted with Mr. Brandenburg's counsel – Akin Adepoju, Esq. – about the instant motion, and he has no objection.

WHEREFORE, the government respectfully requests that the Court grant its Unopposed Motion to Continue Sentencing Hearing.   A proposed Order is attached.

        Respectfully submitted,

        DAVID C. WEISS
        United States Attorney

By: /s/ Shawn A. Weede
        Shawn A. Weede
        Graham L. Robinson
        Assistant United States Attorneys

Dated:   June 11, 2018

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 16-86-LPS |
| DEXTER BRANDENBURG, III, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Having considered the government's Unopposed Motion to Continue Sentencing Hearing, **IT IS HEREBY ORDERED** that sentencing hearing currently scheduled for June 29, 2018, is continued to _____, 2018, at _____ a.m./p.m.

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge

Dated: